Mr. SAM MARLON ALVAREZ, #29147-280
F.P.C., Tilden Unit
P.O. Box 4200
Three Rivers, Texas 78071

26 January, 2015

Fourth Court of Appeals District
Cadena-Reeves Justice Center
Deputy Clerk, Mrs. Estrada
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

APPEALS CASE NO.:04-14-00397-CV

RE: Received No Service From Respondent

Dear Mrs. Estrada:

I did not receive a copy of the response that Respondent sent into the Honorable Appeals Court.

Please forward me a copy of that letter response so Petitioner may respond to Respondent's reply to Petitioner's "Appellant Breif." Redact her address, for Petitioner doesn't want to be in violation of the current order of no contact with the Respondent, and please forward me a copy of the response letter she proffered to the Appeals Court.

I would like the opportunity to answer any and all further allegations the Respondent may attempt to levy against Respondent if need be.

I appreciate your assistance in providing me a copy of the response letter, and look forward to concluding these proceedings with the restoration of my parental rights.

Appreciatively,

Sam M. Alvarez, Petitioner, **pro se**
Humble Requester

Cc: File Copy

7820530079S

Ord D. Alvarez, Register #
Federal Prison Camp, Prison Unit
P.O. Box 4200
Three Rivers, Texas 78071

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 29 AM 11: 34

Keith E. Hottle

KEITH E. HOTTLE, CLERK

⇨ 29147-280 ⇦

Texas Court Of Appeals
4th Court of Appeals
- Cadena Reeves Justice Center
300 Dolorosa Suite 3200
SAN Antonio, TX 78205
United States

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 JAN 2015 PM 4 L

FOREVER

SAN ANTONIO
TX 780
27 JAN '15
PM 4 L